**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**NORTHERN DIVISION**

| | |
|---|---|
| ROY EUGENE HARRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:04CV82-DJS |
| ) | |
| DR. ROBERT HAMPTON, GALE BAILEY, ) | |
| G. JORGENSON, TOM BAKER, ) | |
| JOHN TREU, RICHARD MILES, ) | |
| GEORGE LOMBARDI, and GARY KEMPKER, ) | |
| ) | |
| Defendants. ) | |

### JUDGMENT

Pursuant to the order entered herein this day,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that summary judgment is entered in favor of defendant Dr. Robert Hampton and against plaintiff on all claims against defendant Hampton in plaintiff's complaint.

Dated this  20th  day of September, 2005.

                                                         /s/Donald J. Stohr
                                                         UNITED STATES DISTRICT JUDGE